AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Aron, Catharine R. | U S Bankruptcy Court MDNC | 05/07/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial  ✔ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U. S. Bankruptcy Court
P. O. Box 448
Greensboro, NC 27402

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aron, Catharine R. | 05/07/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Valic-Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Middle District Bankruptcy Seminar | April 19-20, 2012 | Aberdeen, NC | seminar | (lodging, food, transportation) |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aron, Catharine R. | 05/07/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. New Bridge Bank money market | B | Interest | L | T | | | | | |
| 2. Willow Creek (JRS) (partial interest) | B | Interest | J | W | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. AIG-Valic Aim Intern.ADR Growth Fund | | | | | | | | | |
| 7. ADDYY | A | Dividend | J | T | | | | | |
| 8. AMX | A | Dividend | J | T | Buy (add'l) | 04/05/12 | J | | |
| 9. | | | | | Buy (add'l) | 05/02/12 | J | | |
| 10. | | | | | Sold (part) | 08/01/12 | J | | |
| 11. BRGYY | A | Dividend | J | T | Buy (add'l) | 09/27/12 | J | | |
| 12. BNPQY | A | Dividend | | | Sold | 05/17/12 | J | | |
| 13. BBD | A | Dividend | J | T | Buy (add'l) | 05/22/12 | J | | |
| 14. BAMXY | A | Dividend | | | Sold | 01/04/12 | J | A | |
| 15. BHP | A | Dividend | J | T | | | | | |
| 16. BTI | A | Dividend | J | T | Buy (add'l) | 12/24/12 | J | | |
| 17. BZLFY | A | Dividend | J | T | Sold (part) | 07/17/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aron, Catharine R. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CEO | A | Dividend | | | Sold | 01/12/12 | J | A | |
| 19. CMXHY | A | Dividend | | | Sold | 01/12/12 | J | | |
| 20. CNI | A | Dividend | J | T | | | | | |
| 21. CAJ | | None | J | T | Sold (part) | 05/17/12 | J | | |
| 22. CVE | A | Dividend | J | T | | | | | |
| 23. CPYYY | A | Dividend | J | T | | | | | |
| 24. CHEUY | A | Dividend | J | T | | | | | |
| 25. CCLAY | A | Dividend | J | T | Sold (part) | 07/30/12 | J | | |
| 26. CCH | A | Dividend | J | T | | | | | |
| 27. CMPGY | A | Dividend | J | T | | | | | |
| 28. DANOY | A | Dividend | | | Sold (part) | 06/21/12 | J | A | |
| 29. | | | | | Sold (part) | 07/05/12 | J | A | |
| 30. | | | | | Sold | 08/13/12 | J | | |
| 31. DNZOY | A | Dividend | J | T | | | | | |
| 32. ERIC | | None | J | T | Sold (part) | 02/07/12 | J | A | |
| 33. FANUY | | None | J | T | Buy (add'l) | 08/10/12 | J | | |
| 34. FMX | A | Dividend | J | T | Sold (part) | 04/23/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aron, Catharine R. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 08/06/12 | J | A | |
| 36. FMS | | None | J | T | | | | | |
| 37. OGZPY | | None | J | T | | | | | |
| 38. TV | | None | J | T | Buy (add'l) | 05/04/12 | J | | |
| 39. | | | | | Buy (add'l) | 07/13/12 | J | | |
| 40. HUWHY | A | Dividend | J | T | Sold (part) | 08/02/12 | J | | |
| 41. ITYBY | A | Dividend | J | T | Buy (add'l) | 08/10/12 | J | | |
| 42. INFY | A | Dividend | | | Sold | 01/26/12 | J | A | |
| 43. JBAXY | | None | J | T | | | | | |
| 44. KPELY | A | Dividend | J | T | | | | | |
| 45. KGFHY | A | Dividend | J | T | Buy (add'l) | 07/16/12 | J | | |
| 46. | | | | | Sold (part) | 08/31/12 | J | A | |
| 47. KMTUY**corrects spelling from KMYUY | A | Dividend | J | T | | | | | |
| 48. AHONY | A | Dividend | | | Sold | 08/31/12 | J | A | |
| 49. NSRGY | | None | J | T | | | | | |
| 50. NJ | A | Dividend | | | Sold | 12/28/12 | J | | |
| 51. NVS | A | Dividend | J | T | Sold (part) | 05/01/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aron, Catharine R. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  NVO | A | Dividend | J | T | Sold (part) | 05/03/12 | J | A | |
| 53. | | | | | Sold (part) | 08/10/12 | J | A | |
| 54.  PUBGY | | None | J | T | Buy (add'l) | 03/06/12 | J | | |
| 55. | | | | | Buy (add'l) | 04/13/12 | J | | |
| 56.  RUK | A | Dividend | J | T | Buy (add'l) | 02/21/12 | J | | |
| 57. | | | | | Buy (add'l) | 07/30/12 | J | | |
| 58.  RHHBY | A | Dividend | J | T | Buy (add'l) | 09/07/12 | J | | |
| 59. | | | | | Buy (add'l) | 10/23/12 | J | | |
| 60.  RDSB | | None | J | T | | | | | |
| 61.  SAP | A | Dividend | J | T | Buy (add'l) | 05/21/12 | J | | |
| 62. | | | | | Buy (add'l) | 06/05/12 | J | | |
| 63.  SHPGY | A | Dividend | J | T | | | | | |
| 64.  SNN | A | Dividend | J | T | Buy (add'l) | 09/18/12 | J | | |
| 65.  SYT | A | Dividend | J | T | | | | | |
| 66.  TSM | A | Dividend | J | T | Sold (part) | 06/05/12 | J | A | |
| 67. | | | | | Sold (part) | 08/09/12 | J | A | |
| 68.  TLM | A | Dividend | | | Sold | 03/30/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aron, Catharine R. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TSCDY | A | Dividend | | | Sold (part) | 02/17/12 | J | | |
| 70. | | | | | Sold | 08/03/12 | J | | |
| 71. TEVA | A | Dividend | J | T | Buy (add'l) | 08/06/12 | J | | |
| 72. TOT | A | Dividend | | | Sold | 07/30/12 | J | | |
| 73. TM | A | Dividend | J | T | | | | | |
| 74. TRP | A | Dividend | J | T | Sold (part) | 07/17/12 | J | A | |
| 75. UN | A | Dividend | J | T | | | | | |
| 76. VIP | | None | | | Sold | 08/23/12 | J | | |
| 77. VOD | A | Dividend | | | Sold (part) | 03/27/12 | J | A | |
| 78. | | | | | Sold | 05/17/12 | J | A | |
| 79. VOLVY | | None | J | T | Buy (add'l) | 09/26/12 | J | | |
| 80. WPPGY | A | Dividend | J | T | | | | | |
| 81. ABB | A | Dividend | J | T | | | | | |
| 82. AMADY | A | Dividend | J | T | Buy (add'l) | 02/21/12 | J | | |
| 83. BMBLY | A | Dividend | J | T | Buy (add'l) | 08/20/12 | J | | |
| 84. CGEMY | A | Dividend | J | T | | | | | |
| 85. CHL | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aron, Catharine R. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. CIOXY | A | Dividend | J | T | | | | | |
| 87. GSK | A | Dividend | | | Sold | 07/27/12 | J | A | |
| 88. GIB | A | Dividend | J | T | Buy (add'l) | 05/17/12 | J | | |
| 89. | | | | | Sold (part) | 06/22/12 | J | A | |
| 90. LRLCY | | None | J | T | | | | | |
| 91. SU | A | Dividend | J | T | Buy (add'l) | 05/22/12 | J | | |
| 92. SWDBY | | None | J | T | Buy (add'l) | 05/23/12 | J | | |
| 93. | | | | | Sold (part) | 09/12/12 | J | | |
| 94. VLKPY | | None | J | T | Buy (add'l) | 04/26/12 | J | | |
| 95. | | | | | Buy (add'l) | 06/06/12 | J | | |
| 96. WYGPY | | None | J | T | Buy (add'l) | 02/06/12 | J | | |
| 97. YMDAF | | None | | | Sold | 12/03/12 | J | | |
| 98. SBGSY | | None | J | T | Buy (add'l) | 05/16/12 | J | | |
| 99. | | | | | | | | | |
| 100. xAVGO | A | Dividend | J | T | Buy | 11/05/12 | J | | |
| 101. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 102. xBIDU | | None | J | T | Buy | 07/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aron, Catharine R. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 104. | | | | | Buy (add'l) | 10/10/12 | J | | |
| 105. | | | | | Buy (add'l) | 11/13/12 | J | | |
| 106. | | | | | Buy (add'l) | 12/06/12 | J | | |
| 107. xBSYBY | | None | J | T | Buy | 02/16/12 | J | | |
| 108. | | | | | Buy (add'l) | 08/08/12 | J | | |
| 109. | | | | | Buy (add'l) | 12/28/12 | J | | |
| 110. xDBOEY | A | Dividend | J | T | Buy | 11/26/12 | J | | |
| 111. xGXYEY | | None | J | T | Buy | 04/20/12 | J | | |
| 112. | | | | | Buy (add'l) | 05/07/12 | J | | |
| 113. xIDCBY | A | Dividend | J | T | Buy | 02/10/12 | J | | |
| 114. | | | | | Buy (add'l) | 03/12/12 | J | | |
| 115. | | | | | Buy (add'l) | 08/08/12 | J | | |
| 116. | | | | | Buy (add'l) | 11/01/12 | J | | |
| 117. xPSO | A | Dividend | J | T | Buy | 05/15/12 | J | | |
| 118. xPOT | A | Dividend | J | T | Buy | 03/15/12 | J | | |
| 119. | | | | | Buy (add'l) | 05/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aron, Catharine R. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 08/28/12 | J | | |
| 121. | | | | | | | | | |
| 122. SSGAMoney Market Fund | A | Int./Div. | J | T | | | | | |
| 123. | | | | | | | | | |
| 124. AIG- Valic money market account | A | Interest | J | T | | | | | |
| 125. | | | | | | | | | |
| 126. AIG/Valic Select IRA 1 Transamerica Large Growth | | | | | | | | | |
| 127. AMZN | | None | | | Sold (part) | 01/18/12 | J | B | |
| 128. | | | | | Sold | 03/08/12 | J | B | |
| 129. AAPL | A | Dividend | J | T | | | | | |
| 130. BWA | | None | J | T | | | | | |
| 131. CAT | A | Dividend | J | T | | | | | |
| 132. QCOM | A | Dividend | J | T | | | | | |
| 133. DE | | None | | | Sold | 07/17/12 | J | | |
| 134. PCP | | None | | | Sold | 06/28/12 | J | A | |
| 135. CAM | A | Dividend | J | T | | | | | |
| 136. CHKP | | None | | | Sold | 06/27/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. A | | None | | | Sold | 12/10/12 | J | | |
| 138. ADI | A | Dividend | | | Sold | 01/06/12 | J | | |
| 139. APA | A | Dividend | | | Sold | 06/11/12 | J | | |
| 140. ADSK | | None | | | Sold | 12/10/12 | J | | |
| 141. BRCM | A | Dividend | | | Sold | 12/10/12 | J | | |
| 142. CSX | A | Dividend | | | Sold | 03/12/12 | J | | |
| 143. CAT | A | Dividend | J | T | | | | | |
| 144. CELG | | None | J | T | Buy (add'l) | 08/20/12 | J | | |
| 145. | | | | | Buy (add'l) | 10/11/12 | J | | |
| 146. CERN | | None | J | T | Buy (add'l) | 09/11/12 | J | | |
| 147. | | | | | Buy (add'l) | 11/28/12 | J | | |
| 148. DHR | A | Dividend | | | Sold | 12/03/12 | J | A | |
| 149. EMC | | None | | | Sold | 12/10/12 | J | | |
| 150. FMC | A | Dividend | J | T | | | | | |
| 151. HAL | A | Dividend | | | Sold | 09/07/12 | J | | |
| 152. INFA | | None | | | Sold | 01/06/12 | J | | |
| 153. ICE | | None | J | T | Buy (add'l) | 03/22/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aron, Catharine R. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. NOVO | A | Dividend | | | Sold | 12/10/12 | J | | |
| 155. ORCL | A | Dividend | | | Sold | 01/04/12 | J | | |
| 156. PX | A | Dividend | J | T | | | | | |
| 157. RHT | | None | J | T | Sold (part) | 05/16/12 | J | A | |
| 158. SBUX | A | Dividend | J | T | | | | | |
| 159. V | A | Dividend | J | T | | | | | |
| 160. TDC | | None | J | T | | | | | |
| 161. JOYG | A | Dividend | | | Sold | 08/21/12 | J | | |
| 162. TIBX | | None | | | Sold | 12/13/12 | J | | |
| 163. AGN | | None | J | T | Buy (add'l) | 02/16/12 | J | | |
| 164. ARBA | | None | | | Sold | 01/06/12 | J | | |
| 165. DELL | | None | | | Sold | 05/16/12 | J | | |
| 166. EBAY | | None | J | T | Buy (add'l) | 01/24/12 | J | | |
| 167. SLB | A | Dividend | | | Sold | 12/10/12 | J | | |
| 168. VFC | A | Dividend | J | T | | | | | |
| 169. MON | | None | J | T | Buy (add'l) | 01/10/12 | J | | |
| 170. | | | | | Buy (add'l) | 06/14/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aron, Catharine R. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. NUAN | | None | J | T | Buy (add'l) | 02/15/12 | J | | |
| 172. | | | | | Buy (add'l) | 04/27/12 | J | | |
| 173. | | | | | Buy (add'l) | 08/10/12 | J | | |
| 174. HOT | A | Dividend | J | T | | | | | |
| 175. TIF | | None | | | Sold | 12/10/12 | J | | |
| 176. NLSN | | None | | | Sold | 05/15/12 | J | | |
| 177. UNH | | None | | | Sold | 11/20/12 | J | A | |
| 178. CVS | | None | J | T | Buy (add'l) | 01/10/12 | J | | |
| 179. ROK | | None | J | T | Buy (add'l) | 01/04/12 | J | | |
| 180. xSPLS | | None | J | T | Buy | 01/23/12 | J | | |
| 181. | | | | | Buy (add'l) | 04/25/12 | J | | |
| 182. xGNTX | | None | | | Buy | 03/05/12 | J | | |
| 183. | | | | | Sold | 07/26/12 | J | | |
| 184. xJEF | | None | | | Buy | 03/28/12 | J | | |
| 185. | | | | | Sold | 05/11/12 | J | | |
| 186. xLOW | | None | | | Buy | 04/25/12 | J | | |
| 187. | | | | | Sold | 08/20/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. xMNST | | None | | | Buy | 05/18/12 | J | | |
| 189. | | | | | Sold | 08/09/12 | J | | |
| 190. xAKAM | | None | J | T | Buy | 12/10/12 | J | | |
| 191. xAMGN | A | Dividend | J | T | Buy | 06/28/12 | J | | |
| 192. | | | | | Buy (add'l) | 07/17/12 | J | | |
| 193. xDIS | A | Dividend | J | T | Buy | 05/11/12 | J | | |
| 194. xECL | A | Dividend | J | T | Buy | 01/12/12 | J | | |
| 195. | | | | | Buy (add'l) | 02/01/12 | J | | |
| 196. xFIO | | None | J | T | Buy | 12/10/12 | J | | |
| 197. xGILD | | None | J | T | Buy | 06/28/12 | J | | |
| 198. | | | | | Buy (add'l) | 07/17/12 | J | | |
| 199. xGOOG | | None | J | T | Buy | 12/05/12 | J | | |
| 200. xJEC | | None | J | T | Buy | 12/21/12 | J | | |
| 201. xLINTA | | None | J | T | Buy | 10/04/12 | J | | |
| 202. xOCN | | None | J | T | Buy | 10/23/12 | J | | |
| 203. | | | | | Buy (add'l) | 11/28/12 | J | | |
| 204. xPII | | None | J | T | Buy | 11/26/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 16 of 46

Name of Person Reporting

Aron, Catharine R.

Date of Report

05/07/2013

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  xQQQ | | None | J | T | Buy | 12/05/12 | J | | |
| 206.  xSNA | A | Dividend | J | T | Buy | 11/15/12 | J | | |
| 207.  xSWI | | None | J | T | Buy | 05/18/12 | J | | |
| 208.  xSPY | | None | J | T | Buy | 12/05/12 | J | | |
| 209.  xTRMB | | None | J | T | Buy | 08/20/12 | J | | |
| 210. | | | | | Buy (add'l) | 11/08/12 | J | | |
| 211.  xVAL | A | Dividend | J | T | Buy | 11/15/12 | J | | |
| 212.  xWPI | | None | J | T | Buy | 05/11/12 | J | | |
| 213. | | | | | Buy (add'l) | 06/28/12 | J | | |
| 214. | | | | | | | | | |
| 215.  SSGA Money Market | A | Interest | J | T | | | | | |
| 216. | | | | | | | | | |
| 217.  AIG- Valic Select IRA 2 Columbia value and restruct | | | | | | | | | |
| 218.  ACE | A | Dividend | J | T | Sold (part) | 9/28/12 | J | A | |
| 219. | | | | | Sold (part) | 10/09/12 | J | A | |
| 220.  AGCO | | None | J | T | Sold (part) | 3/07/12 | J | A | |
| 221. | | | | | Sold (part) | 6/06/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aron, Catharine R. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 7/02/12 | J | A | |
| 223. ANR | | None | J | T | Sold (part) | 3/07/12 | J | | |
| 224. AMX | | None | J | T | Sold (part) | 5/21/12 | J | | |
| 225. ABC | A | Dividend | J | T | Sold (part) | 6/18/12 | J | A | |
| 226. | | | | | Sold (part) | 9/28/12 | J | B | |
| 227. | | | | | Buy (add'l) | 11/12/12 | J | | |
| 228. APC | A | Dividend | J | T | Sold (part) | 8/02/12 | J | A | |
| 229. BAX | A | Dividend | J | T | Sold (part) | 9/28/12 | J | | |
| 230. | | | | | Sold (part) | 10/09/12 | J | | |
| 231. CE | A | Dividend | J | T | Sold (part) | 5/21/12 | J | A | |
| 232. | | | | | Sold (part) | 6/16/12 | J | A | |
| 233. | | | | | Sold (part) | 7/17/12 | J | | |
| 234. COP | A | Dividend | J | T | Sold (part) | 5/21/12 | J | | |
| 235. | | | | | Sold (part) | 7/17/12 | J | | |
| 236. | | | | | Sold (part) | 10/17/12 | J | | |
| 237. DVN | A | Dividend | J | T | Sold (part) | 5/21/12 | J | | |
| 238. | | | | | Sold (part) | 7/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aron, Catharine R. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. ETN | A | Dividend | J | T | Sold (part) | 6/27/12 | J | | |
| 240. | | | | | Sold (part) | 7/17/12 | J | | |
| 241. | | | | | Sold (part) | 10/17/12 | J | A | |
| 242. FCX | A | Dividend | J | T | Sold (part) | 5/21/12 | J | | |
| 243. | | | | | Sold (part) | 7/17/12 | J | | |
| 244. | | | | | Sold (part) | 11/15/12 | J | | |
| 245. HRS | A | Dividend | J | T | Sold (part) | 6/06/12 | J | | |
| 246. | | | | | Sold (part) | 6/18/12 | J | | |
| 247. IBM | A | Dividend | J | T | Sold (part) | 7/30/12 | J | A | |
| 248. | | | | | Sold (part) | 9/28/12 | J | A | |
| 249. IVZ | A | Dividend | J | T | Sold (part) | 9/28/12 | J | | |
| 250. JMP | A | Dividend | J | T | | | | | |
| 251. LO | A | Dividend | J | T | Sold (part) | 05/21/12 | J | A | |
| 252. | | | | | Sold (part) | 08/02/12 | J | A | |
| 253. | | | | | Sold (part) | 10/09/12 | J | A | |
| 254. MET | A | Dividend | J | T | Sold (part) | 09/28/12 | J | A | |
| 255. | | | | | Sold (part) | 10/09/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aron, Catharine R. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. NWL | A | Dividend | J | T | Sold (part) | 06/22/12 | J | A | |
| 257. | | | | | Sold (part) | 06/27/12 | J | B | |
| 258. PBR | A | Dividend | J | T | Sold (part) | 05/21/12 | J | | |
| 259. | | | | | Sold (part) | 07/16/12 | J | | |
| 260. TJX | A | Dividend | J | T | Sold (part) | 06/22/12 | J | B | |
| 261. | | | | | Sold (part) | 08/02/12 | J | A | |
| 262. | | | | | Sold (part) | 09/18/12 | J | A | |
| 263. | | | | | Sold (part) | 09/28/12 | J | C | |
| 264. | | | | | Sold (part) | 10/09/12 | J | A | |
| 265. TYC | A | Dividend | J | T | Sold (part) | 05/03/12 | J | A | |
| 266. | | | | | Sold (part) | 09/28/12 | J | A | |
| 267. UNP | A | Dividend | J | T | Sold (part) | 08/27/12 | J | B | |
| 268. | | | | | Sold (part) | 09/28/12 | J | B | |
| 269. MA | A | Dividend | J | T | Sold (part) | 09/28/12 | J | A | |
| 270. | | | | | Sold (part) | 10/09/12 | J | A | |
| 271. WCRX | A | Dividend | J | T | Sold (part) | 05/03/12 | J | | |
| 272. | | | | | Sold (part) | 06/06/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. XRX | A | Dividend | J | T | Sold (part) | 06/13/12 | J | A | |
| 274. WY | | None | J | T | Sold (part) | 05/21/12 | J | A | |
| 275. CPA | | None | J | T | Sold (part) | 10/09/12 | J | A | |
| 276. SWK | | None | J | T | Sold (part) | 07/17/12 | J | | |
| 277. | | | | | Sold (part) | 10/17/12 | J | | |
| 278. CVX | A | Dividend | J | T | | | | | |
| 279. CI | A | Dividend | J | T | | | | | |
| 280. XEC | A | Dividend | J | T | Sold (part) | 07/16/12 | J | | |
| 281. CSCO | A | Dividend | J | T | Sold (part) | 06/27/12 | J | | |
| 282. | | | | | Sold (part) | 09/05/12 | J | | |
| 283. CLF | A | Dividend | | | Sold | 06/06/12 | J | | |
| 284. GOOG | | None | J | T | Buy (add'l) | 10/12/12 | J | | |
| 285. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 286. HAS | A | Dividend | | | Sold (part) | 06/27/12 | J | | |
| 287. | | | | | Sold | 07/02/12 | J | | |
| 288. MCP | A | Dividend | | | Sold | 06/18/12 | J | | |
| 289. PFE | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  SM | A | Dividend | | | Sold | 06/18/12 | J | | |
| 291.  V | A | Dividend | | | Sold | 07/31/12 | J | B | |
| 292.  x AON | A | Dividend | J | T | Buy | 05/16/12 | J | | |
| 293. | | | | | Buy (add'l) | 09/13/12 | J | | |
| 294.  xCOV | A | Dividend | J | T | Buy | 06/13/12 | J | | |
| 295. | | | | | Buy (add'l) | 07/30/12 | J | | |
| 296.  xDLPH | | None | J | T | Buy | 12/20/12 | J | | |
| 297.  xNLSN | | None | J | T | Buy | 06/01/12 | J | | |
| 298.  xABT | A | Dividend | J | T | Buy | 06/22/12 | J | | |
| 299.  xAPA | A | Dividend | J | T | Buy | 07/12/12 | J | | |
| 300.  xAAPL | A | Dividend | J | T | Buy | 05/21/12 | J | | |
| 301. | | | | | Buy (add'l) | 05/22/12 | J | | |
| 302. | | | | | Buy (add'l) | 07/12/12 | J | | |
| 303. | | | | | Sold (part) | 10/17/12 | J | A | |
| 304.  xBRKB | | None | J | T | Buy | 04/30/12 | J | | |
| 305. | | | | | Buy (add'l) | 09/13/12 | J | | |
| 306.  xBLK | A | Dividend | J | T | Buy | 09/25/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aron, Catharine R. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 308. xCAT | A | Dividend | J | T | Buy | 12/20/12 | J | | |
| 309. xCELG | | None | J | T | Buy | 06/27/12 | J | | |
| 310. xC | A | Dividend | J | T | Buy | 09/25/12 | J | | |
| 311. | | | | | Buy (add'l) | 10/03/12 | J | | |
| 312. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 313. xCMCSA | A | Dividend | J | T | Buy | 06/27/12 | J | | |
| 314. | | | | | Sold (part) | 09/18/12 | J | A | |
| 315. | | | | | Buy (add'l) | 10/12/12 | J | | |
| 316. xDEO | A | Dividend | J | T | Buy | 10/03/12 | J | | |
| 317. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 318. xDISCA | | None | J | T | Buy | 06/22/12 | J | | |
| 319. xDTV | | None | J | T | Buy | 07/12/12 | J | | |
| 320. xDOW | A | Dividend | J | T | Buy | 12/20/12 | J | | |
| 321. xEMC | | None | J | T | Buy | 09/25/12 | J | | |
| 322. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 323. xEBAY | | None | J | T | Buy | 05/16/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aron, Catharine R. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 06/22/12 | J | | |
| 325. | | | | | Sold (part) | 09/28/12 | J | A | |
| 326. xESRX | | None | J | T | Buy | 05/16/12 | J | | |
| 327. | | | | | Buy (add'l) | 11/20/12 | J | | |
| 328. xXOM | A | Dividend | J | T | Buy | 07/12/12 | J | | |
| 329. xFB | | None | J | T | Buy | 11/20/12 | J | | |
| 330. | | | | | Buy (add'l) | 11/27/12 | J | | |
| 331. xFDX | A | Dividend | J | T | Buy | 10/03/12 | J | | |
| 332. xGE | | None | J | T | Buy | 12/20/12 | J | | |
| 333. xGM | | None | J | T | Buy | 12/20/12 | J | | |
| 334. xGS | A | Dividend | J | T | Buy | 12/20/12 | J | | |
| 335. xHAL | A | Dividend | J | T | Buy | 07/30/12 | J | | |
| 336. xHPQ | A | Dividend | J | T | Buy | 11/27/12 | J | | |
| 337. xHON | A | Dividend | J | T | Buy | 10/03/12 | J | | |
| 338. zJNJ | A | Dividend | J | T | Buy | 06/13/12 | J | | |
| 339. | | | | | Buy (add'l) | 09/25/12 | J | | |
| 340. xLOW | A | Dividend | J | T | Buy | 08/30/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aron, Catharine R. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 10/03/12 | J | | |
| 342. xMRC | | None | J | T | Buy | 11/09/12 | J | | |
| 343. xMCD | A | Dividend | J | T | Buy | 08/22/12 | J | | |
| 344. | | | | | Sold (part) | 10/09/12 | J | A | |
| 345. xMSFT | A | Dividend | J | T | Buy | 06/22/12 | J | | |
| 346. | | | | | Buy (add'l) | 08/30/12 | J | | |
| 347. xMDLZ | A | Dividend | J | T | Buy | 05/14/12 | J | | |
| 348. | | | | | Buy (add'l) | 06/13/12 | J | | |
| 349. | | | | | Buy (add'l) | 10/03/12 | J | | |
| 350. | | | | | Sold (part) | 11/15/12 | J | A | |
| 351. xNKE | A | Dividend | J | T | Buy | 07/12/12 | J | | |
| 352. | | | | | Buy (add'l) | 09/25/12 | J | | |
| 353. xNBL | A | Dividend | J | T | Buy | 09/25/12 | J | | |
| 354. xPEP | A | Dividend | J | T | Buy | 06/13/12 | J | | |
| 355. | | | | | Buy (add'l) | 06/19/12 | J | | |
| 356. xPM | A | Dividend | J | T | Buy | 12/20/12 | J | | |
| 357. xPG | A | Dividend | J | T | Buy | 07/25/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aron, Catharine R. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 10/03/12 | J | | |
| 359. xQCOM | A | Dividend | J | T | Buy | 12/20/12 | J | | |
| 360. xSWKS | | None | J | T | Buy | 10/03/12 | J | | |
| 361. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 362. xS | | None | J | T | Buy | 10/03/12 | J | | |
| 363. xSWK | A | Dividend | J | T | Buy | 09/25/12 | J | | |
| 364. xSTT | A | Dividend | J | T | Buy | 12/20/12 | J | | |
| 365. xTGT | A | Dividend | J | T | Buy | 07/11/12 | J | | |
| 366. | | | | | Buy (add'l) | 10/03/12 | J | | |
| 367. xUTX | A | Dividend | J | T | Buy | 09/25/12 | J | | |
| 368. xVIAB | A | Dividend | J | T | Buy | 05/16/12 | J | | |
| 369. | | | | | Buy (add'l) | 06/19/12 | J | | |
| 370. xVOD | A | Dividend | J | T | Buy | 11/12/12 | J | | |
| 371. xWAG | A | Dividend | J | T | Buy | 12/03/12 | J | | |
| 372. xWFC | A | Dividend | J | T | Buy | 10/03/12 | J | | |
| 373. xWYNN | A | Dividend | J | T | Buy | 09/25/12 | J | | |
| 374. | | | | | Buy (add'l) | 10/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aron, Catharine R. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 11/12/12 | J | | |
| 376. SSGA Money Market | A | Interest | J | T | | | | | |
| 377. | | | | | | | | | |
| 378. AIG Valic IRA DBA DavidsonMid Cap | | | | | | | | | |
| 379. ARG | A | Dividend | J | T | Sold (part) | 04/11/12 | J | A | |
| 380. ADS | | None | J | T | Sold (part) | 05/08/12 | J | A | |
| 381. | | | | | Sold (part) | 08/14/12 | J | B | |
| 382. CPLA | | None | J | T | Sold (part) | 07/19/12 | J | B | |
| 383. FCFC | | None | J | T | Sold (part) | 03/26/12 | J | B | |
| 384. FLIR | | None | J | T | Sold (part) | 02/17/12 | J | B | |
| 385. | | | | | Sold (part) | 06/05/12 | J | | |
| 386. GEOY | | None | | | Sold (part) | 08/03/12 | J | | |
| 387. | | | | | Sold | 11/16/12 | J | A | |
| 388. GDOT | | None | J | T | Buy (add'l) | 02/06/12 | J | | |
| 389. | | | | | Buy (add'l) | 07/03/12 | J | | |
| 390. | | | | | Sold (part) | 08/03/12 | J | | |
| 391. HWCC | A | Dividend | J | T | Sold (part) | 02/08/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aron, Catharine R. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 08/03/12 | J | | |
| 393.  INWK | | None | J | T | Sold (part) | 02/07/12 | J | A | |
| 394. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 395. | | | | | Buy (add'l) | 09/27/12 | J | | |
| 396.  MASI | A | Dividend | J | T | Buy (add'l) | 02/21/12 | J | | |
| 397. | | | | | Sold (part) | 10/15/12 | J | | |
| 398.  NVEC | | None | J | T | Sold (part) | 06/13/12 | J | A | |
| 399.  SPN | | None | J | T | Buy (add'l) | 03/22/12 | J | | |
| 400. | | | | | Buy (add'l) | 07/02/12 | J | | |
| 401.  SIVB | | None | J | T | Sold (part) | 05/08/12 | J | B | |
| 402. | | | | | Sold (part) | 08/03/12 | J | A | |
| 403.  WLL | | None | J | T | Buy (add'l) | 07/02/12 | J | | |
| 404.  ZOLL | | None | | | Sold (part) | 01/18/12 | J | A | |
| 405. | | | | | Sold (part) | 03/29/12 | J | A | |
| 406. | | | | | Sold | 04/19/12 | J | B | |
| 407.  TRNO | | None | | | Sold | 01/13/12 | J | | |
| 408.  HLF | A | Dividend | | | Buy (add'l) | 02/09/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 05/08/12 | J | | |
| 410. | | | | | Sold (part) | 11/27/12 | J | A | |
| 411. | | | | | Sold | 12/28/12 | J | | |
| 412. TRLG | | None | J | T | Buy (add'l) | 02/09/12 | J | | |
| 413. | | | | | Buy (add'l) | 09/04/12 | J | | |
| 414. | | | | | Buy (add'l) | 10/15/12 | J | | |
| 415. | | | | | Sold (part) | 11/23/12 | J | A | |
| 416. COBZ | A | Dividend | J | T | Sold (part) | 08/03/12 | J | | |
| 417. ATI | A | Dividend | J | T | Buy (add'l) | 04/11/12 | J | | |
| 418. TRCR | | None | | | Sold | 04/02/12 | J | B | |
| 419. LECO | A | Dividend | | | Sold (part) | 07/30/12 | J | A | |
| 420. | | | | | Sold | 10/23/12 | J | A | |
| 421. IMAX | | None | J | T | | | | | |
| 422. THO | | None | | | Sold | 03/20/12 | J | | |
| 423. BRY | A | Dividend | | | Sold | 07/12/12 | J | | |
| 424. NILE | A | Dividend | J | T | Sold (part) | 02/17/12 | J | A | |
| 425. | | | | | Sold (part) | 08/29/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold (part) | 11/27/12 | J | | |
| 427. DHX | A | Dividend | J | T | Buy (add'l) | 01/19/12 | J | | |
| 428. | | | | | Buy (add'l) | 04/05/12 | J | | |
| 429. FTNT | A | Dividend | J | T | Sold (part) | 03/15/12 | J | A | |
| 430. | | | | | Buy (add'l) | 11/08/12 | J | | |
| 431. HCN | A | Dividend | | | Sold (part) | 02/06/12 | J | A | |
| 432. | | | | | Sold | 03/09/12 | J | A | |
| 433. LPLA | A | Dividend | J | T | Sold (part) | 08/03/12 | J | | |
| 434. LL | A | Dividend | | | Sold (part) | 02/09/12 | J | | |
| 435. | | | | | Sold (part) | 07/18/12 | J | A | |
| 436. | | | | | Sold | 09/04/12 | J | B | |
| 437. RP | | None | J | T | Buy (add'l) | 02/23/12 | J | | |
| 438. | | | | | Buy (add'l) | 03/09/12 | J | | |
| 439. | | | | | Buy (add'l) | 05/08/12 | J | | |
| 440. | | | | | Sold (part) | 07/03/12 | J | | |
| 441. | | | | | Sold (part) | 08/03/12 | J | | |
| 442. RFMD | A | Dividend | J | T | Buy (add'l) | 02/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 46

Name of Person Reporting

Aron, Catharine R.

Date of Report

05/07/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Buy (add'l) | 04/30/12 | J | | |
| 444. SSD | A | Dividend | J | T | Sold (part) | 10/18/12 | J | A | |
| 445. xWWD | A | Dividend | J | T | Buy | 08/03/12 | J | | |
| 446. xUSPH | A | Dividend | J | T | Buy | 04/12/12 | J | | |
| 447. | | | | | Buy (add'l) | 11/23/12 | J | | |
| 448. xRLOC | | None | J | T | Buy | 04/25/12 | J | | |
| 449. xSREV | | None | J | T | Buy | 06/29/12 | J | | |
| 450. | | | | | Buy (add'l) | 08/09/12 | J | | |
| 451. | | | | | Buy (add'l) | 11/23/12 | J | | |
| 452. xMCRS | | None | J | T | Buy | 08/24/12 | J | | |
| 453. | | | | | Buy (add'l) | 10/12/12 | J | | |
| 454. | | | | | Buy (add'l) | 11/13/12 | J | | |
| 455. xRBA | A | Dividend | J | T | Buy | 10/05/12 | J | | |
| 456. xSCSS | | None | J | T | Buy | 12/28/12 | J | | |
| 457. xIWM | | None | J | T | Buy | 12/21/12 | J | | |
| 458. SSGAMoney Market Fund | A | Int./Div. | J | T | | | | | |
| 459. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 46

Name of Person Reporting

Aron, Catharine R.

Date of Report

05/07/2013

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. | | | | | | | | | |
| 461. NC HSG FIN BONDS | A | Interest | K | T | | | | | |
| 462. Highwoods Pptys Inc | A | Dividend | K | T | | | | | |
| 463. Hooker Furniture | A | Dividend | J | T | | | | | |
| 464. Equitey One Inc | A | Dividend | K | T | | | | | |
| 465. Carter Bank and Trust | B | Dividend | K | T | | | | | |
| 466. xCalamos Growth Mutual Fund A | A | Int./Div. | J | T | | | | | |
| 467. Mutual Series Mutual Shares A | A | Int./Div. | J | T | | | | | |
| 468. Tempelton Growth Mutual Fund A | A | Int./Div. | J | T | | | | | |
| 469. Franklin Income Mutual Fund A | A | Int./Div. | J | T | | | | | |
| 470. VFA-IRA Alliance Bernstien International Value | A | Int./Div. | M | T | | | | | |
| 471. Valic Freedom Plus IRA Annuity | A | Int./Div. | L | T | | | | | |
| 472. AIG 401K | | | | | | | | | |
| 473. BSCFX | A | Int./Div. | K | T | | | | | |
| 474. JNTFX | A | Int./Div. | K | T | | | | | |
| 475. VPMCX | A | Int./Div. | K | T | | | | | |
| 476. VEXMX | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 46

Name of Person Reporting

Aron, Catharine R.

Date of Report

05/07/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. FTSE | A | Int./Div. | K | T | | | | | |
| 478. TGVAX | A | Int./Div. | K | T | | | | | |
| 479. VINIX | A | Int./Div. | K | T | | | | | |
| 480. VWELX | A | Int./Div. | K | T | | | | | |
| 481. MEIAX | A | Int./Div. | K | T | | | | | |
| 482. JSIVX | A | Int./Div. | J | T | | | | | |
| 483. VBMFX | A | Int./Div. | K | T | | | | | |
| 484. AIG Stable Value Fund | A | Interest | J | T | | | | | |
| 485. Sun America NQDA | A | Int./Div. | L | T | | | | | |
| 486. Jackson National NQDA | A | Int./Div. | L | T | | | | | |
| 487. VFA TransAmerica Laarge Growth | A | Int./Div. | N | T | | | | | |
| 488. VFA Columbia Value | A | Int./Div. | M | T | | | | | |
| 489. VFA Sterling Mid Cap Value | A | Int./Div. | M | T | | | | | |
| 490. VFA GWK Small Core | A | Int./Div. | M | T | | | | | |
| 491. VFA Nuveen Intermediate Muni | C | Interest | M | T | | | | | |
| 492. VFA Intergrated Manager Account | | | | | | | | | |
| 493. ABT | A | Dividend | | | Sold | 12/14/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. ACE | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 495. ACT **Typo AET | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 496. MDRX | | None | | | Sold | 06/12/12 | J | | |
| 497. AMZN | | None | | | Sold | 03/09/12 | J | A | |
| 498. APA | A | Dividend | | | Sold | 06/14/12 | J | | |
| 499. AMAT | A | Dividend | | | Sold | 03/02/12 | J | | |
| 500. ADM | A | Dividend | | | Sold | 11/16/12 | J | | |
| 501. ATW | | None | | | Sold | 12/28/12 | J | A | |
| 502. HE | | None | | | Sold | 12/28/12 | J | | |
| 503. BBG | | None | | | Sold | 12/28/12 | J | | |
| 504. BWA | | None | | | Sold | 12/28/12 | J | | |
| 505. CAM | | None | | | Sold | 12/28/12 | J | | |
| 506. GTLS | | None | | | Sold | 05/25/12 | J | | |
| 507. CBE | A | Dividend | | | Sold | 05/25/12 | J | A | |
| 508. GLW | A | Dividend | | | Sold | 11/06/12 | J | | |
| 509. CVS | A | Dividend | J | T | Sold (part) | 12/28/12 | J | A | |
| 510. DVN | A | Dividend | | | Sold | 05/01/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 46

Name of Person Reporting

Aron, Catharine R.

Date of Report

05/07/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. EME | | None | | | Sold | 12/28/12 | J | A | |
| 512. FLEX | | None | | | Sold | 12/14/12 | J | | |
| 513. FWRD | A | Dividend | J | T | | | | | |
| 514. HAL | A | Dividend | J | T | Sold (part) | 11/26/12 | J | | |
| 515. HLIT | | None | | | Sold | 12/28/12 | J | | |
| 516. HES | A | Dividend | | | Sold | 05/01/12 | J | | |
| 517. HON | A | Dividend | J | T | | | | | |
| 518. IDCC | A | Dividend | J | T | | | | | |
| 519. ITRI | | None | | | Sold | 12/28/12 | J | | |
| 520. KBR | A | Dividend | | | Sold | 12/14/12 | J | | |
| 521. LAYN | | None | | | Sold | 06/25/12 | J | | |
| 522. MDT | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 523. MMSI | | None | | | Sold | 12/28/12 | J | | |
| 524. NOV | A | Dividend | J | T | | | | | |
| 525. NAVG | | None | | | Sold | 12/28/12 | J | A | |
| 526. NSC | A | Dividend | | | Sold | 12/14/12 | J | | |
| 527. PRXL | | None | | | Sold | 07/12/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 46

Name of Person Reporting

Aron, Catharine R.

Date of Report

05/07/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. PRAA | | None | | | Sold | 12/28/12 | J | B | |
| 529. PCP | A | Dividend | | | Sold | 07/03/12 | J | A | |
| 530. QCOM | A | Dividend | J | T | | | | | |
| 531. SBH | | None | | | Sold | 09/17/12 | J | B | |
| 532. SMTC | | None | | | Sold | 12/28/12 | J | B | |
| 533. SNHY | A | Dividend | J | T | | | | | |
| 534. SPN | | None | | | Sold | 12/28/12 | J | B | |
| 535. TTMI | | None | | | Sold | 12/28/12 | J | | |
| 536. TGT | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 537. TEVA | A | Dividend | | | Sold | 10/26/12 | J | | |
| 538. WU | A | Dividend | | | Sold | 11/06/12 | J | | |
| 539. TWX | A | Dividend | | | Sold | 04/10/12 | J | A | |
| 540. TTC | A | Dividend | J | T | Sold (part) | 12/28/12 | J | B | |
| 541. UN | A | Dividend | | | Sold | 10/26/12 | J | A | |
| 542. UNP | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 543. UNFI | | None | | | Sold | 12/28/12 | J | B | |
| 544. VOD | A | Dividend | | | Sold | 12/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aron, Catharine R. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. WMS | | None | | | Sold | 12/28/12 | J | | |
| 546. WSH | A | Dividend | | | Sold | 12/14/12 | J | | |
| 547. SCMTX | B | Int./Div. | K | T | Sold (part) | 12/26/12 | J | B | |
| 548. SRMST | A | Int./Div. | K | T | Buy (add'l) | 11/23/12 | J | | |
| 549. GATEX | A | Int./Div. | | | Buy (add'l) | 11/27/12 | J | | |
| 550. | | | | | Sold | 12/28/12 | K | B | |
| 551. LZOEX | A | Int./Div. | | | Sold | 12/26/12 | J | | |
| 552. SSEMX | A | Int./Div. | | | Sold (part) | 11/21/12 | J | | |
| 553. | | | | | Sold | 12/26/12 | J | | |
| 554. EFA | B | Int./Div. | K | T | Sold (part) | 11/21/12 | J | | |
| 555. | | | | | Sold (part) | 12/26/12 | J | | |
| 556. CRSOX | A | Int./Div. | | | Sold | 11/21/12 | J | | |
| 557. A | A | Dividend | J | T | Sold (part) | 12/28/12 | J | | |
| 558. AGN | | None | J | T | Sold (part) | 12/28/12 | J | A | |
| 559. AAPL | A | Dividend | J | T | Sold (part) | 12/28/12 | J | B | |
| 560. ARBA | | None | | | Sold | 01/12/12 | J | | |
| 561. BAX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 562. BRCM | A | Dividend | J | T | Sold (part) | 12/28/12 | J | | |
| 563. CCC | | None | | | Sold | 12/28/12 | J | A | |
| 564. CAT | A | Dividend | J | T | Sold (part) | 12/28/12 | J | A | |
| 565. CELG | A | Dividend | | | Buy (add'l) | 08/24/12 | J | | |
| 566. | | | | | Sold | 12/28/12 | J | | |
| 567. CERN | | None | | | Sold (part) | 01/30/12 | J | A | |
| 568. | | | | | Buy (add'l) | 09/12/12 | J | | |
| 569. | | | | | Sold | 12/28/12 | J | A | |
| 570. CHKP | | None | | | Sold | 07/02/12 | J | | |
| 571. CVX | A | Dividend | | | Sold | 11/06/12 | J | A | |
| 572. CSX | A | Dividend | | | Sold | 03/16/12 | J | A | |
| 573. DRH | A | Dividend | | | Sold | 12/03/12 | J | | |
| 574. DE | A | Dividend | | | Sold | 07/23/12 | J | | |
| 575. ETN | A | Dividend | | | Sold | 12/14/12 | J | A | |
| 576. XFMC | A | Dividend | | | Sold | 01/30/12 | J | A | |
| 577. HBHC | A | Dividend | J | T | | | | | |
| 578. ICE | | None | | | Sold | 12/28/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Aron, Catharine R. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. JOYG | A | Dividend | | | Sold | 08/27/12 | J | | |
| 580. LKFN | A | Dividend | J | T | | | | | |
| 581. LNN | A | Dividend | J | T | | | | | |
| 582. MET | A | Dividend | | | Sold | 12/14/12 | J | | |
| 583. MDS | | None | | | Sold | 01/10/12 | J | | |
| 584. NYX | A | Dividend | | | Sold | 12/14/12 | J | | |
| 585. OXY | A | Dividend | J | T | | | | | |
| 586. ORCL | A | Dividend | J | T | Sold (part) | 01/10/12 | J | | |
| 587. PX | A | Dividend | J | T | | | | | |
| 588. PBH | | None | | | Sold | 12/28/12 | J | B | |
| 589. PRU | | None | | | Sold | 12/14/12 | J | | |
| 590. RHT | A | Dividend | | | Sold | 12/28/12 | J | A | |
| 591. ROK | | None | J | T | | | | | |
| 592. RDSA | A | Dividend | | | Sold | 12/14/12 | J | | |
| 593. SLB | A | Dividend | J | T | | | | | |
| 594. SCHN | A | Dividend | J | T | | | | | |
| 595. SBUX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. STE | A | Dividend | | | Sold | 03/22/12 | J | A | |
| 597. SYNA | | None | | | Sold | 12/28/12 | J | A | |
| 598. TDC | | None | | | Sold | 12/28/12 | J | A | |
| 599. THOR | | None | | | Sold | 12/28/12 | J | A | |
| 600. TIBX | | None | | | Sold | 12/28/12 | J | A | |
| 601. UNH | | None | | | Sold | 11/20/12 | J | A | |
| 602. VFC | A | Dividend | J | T | | | | | |
| 603. V | A | Dividend | J | T | | | | | |
| 604. xECL | A | Dividend | J | T | Buy | 01/18/12 | J | | |
| 605. xBRLI | | None | | | Buy | 01/23/12 | J | | |
| 606. | | | | | Sold | 12/28/12 | J | | |
| 607. xSPLS | | None | | | Buy | 01/27/12 | J | | |
| 608. | | | | | Sold | 05/01/12 | J | | |
| 609. xPRE | A | Dividend | | | Buy | 01/31/12 | J | | |
| 610. | | | | | Sold | 08/23/12 | J | | |
| 611. xSYMC | | None | | | Buy | 01/31/12 | J | | |
| 612. | | | | | Sold | 12/14/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. xCCL | A | Dividend | | | Buy | 02/23/12 | J | | |
| 614. | | | | | Sold | 12/04/12 | J | A | |
| 615. xGNTX | A | Dividend | | | Buy | 03/09/12 | J | | |
| 616. | | | | | Sold | 08/01/12 | J | | |
| 617. xLOW | A | Dividend | | | Buy | 03/19/12 | J | | |
| 618. | | | | | Sold | 08/23/12 | J | | |
| 619. xDOW | A | Dividend | | | Buy | 04/04/12 | J | | |
| 620. | | | | | Sold | 12/14/12 | J | A | |
| 621. xJEF | | None | | | Buy | 04/04/12 | J | | |
| 622. | | | | | Sold | 05/17/12 | J | | |
| 623. xMNST | | None | | | Buy | 05/04/12 | J | | |
| 624. | | | | | Sold | 08/14/12 | J | | |
| 625. xDIS | A | Dividend | | | Buy | 05/17/12 | J | | |
| 626. | | | | | Sold | 12/28/12 | J | A | |
| 627. xWPI | | None | | | Buy | 05/17/12 | J | | |
| 628. | | | | | Sold | 12/28/12 | J | A | |
| 629. xBBBY | | None | | | Buy | 05/22/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 630. | | | | | Sold | 10/11/12 | J | | |
| 631. xMSFT | A | Dividend | J | T | Buy | 05/22/12 | J | | |
| 632. xSWI | | None | | | Buy | 05/23/12 | J | | |
| 633. | | | | | Sold | 12/28/12 | J | A | |
| 634. xIPXL | | None | | | Buy | 06/29/12 | J | | |
| 635. | | | | | Sold | 12/28/12 | J | A | |
| 636. xLINTA | | None | | | Buy | 10/12/12 | J | | |
| 637. | | | | | Sold | 11/23/12 | J | | |
| 638. xOCN | | None | | | Buy | 10/26/12 | J | | |
| 639. | | | | | Sold | 12/28/12 | J | | |
| 640. xLIFE | | None | | | Buy | 10/30/12 | J | | |
| 641. | | | | | Sold | 12/14/12 | J | A | |
| 642. xF | A | Dividend | | | Buy | 11/06/12 | J | | |
| 643. | | | | | Sold | 12/12/12 | J | A | |
| 644. xGOOG | | None | | | Buy | 11/06/12 | J | | |
| 645. | | | | | Sold | 12/28/12 | J | A | |
| 646. xRF | A | Dividend | | | Buy | 11/06/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Sold | 12/14/12 | J | A | |
| 648. xVLO | A | Dividend | | | Buy | 11/06/12 | J | | |
| 649. | | | | | Sold | 12/12/12 | J | | |
| 650. xJWN | A | Dividend | J | T | Buy | 11/20/12 | J | | |
| 651. xSNA | A | Dividend | | | Buy | 11/20/12 | J | | |
| 652. | | | | | Sold | 12/14/12 | J | A | |
| 653. xVAL | A | Dividend | | | Buy | 11/20/12 | J | | |
| 654. | | | | | Sold | 12/14/12 | J | A | |
| 655. xMSFT | A | Dividend | | | Buy | 11/27/12 | J | | |
| 656. | | | | | Sold | 12/28/12 | J | | |
| 657. xXXIA | | None | | | Buy | 06/12/12 | J | | |
| 658. | | | | | Sold | 12/18/12 | J | A | |
| 659. xMYGN | | None | | | Buy | 06/28/12 | J | | |
| 660. | | | | | Sold | 12/28/12 | J | A | |
| 661. xPG | A | Dividend | J | T | Buy | 06/19/12 | J | | |
| 662. xAMGN | A | Distribution | J | T | Buy | 07/03/12 | J | | |
| 663. xGILD | | None | | | Buy | 07/03/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Sold | 12/28/12 | J | A | |
| 665. xTRMB | | None | | | Buy | 08/24/12 | J | | |
| 666. | | | | | Sold | 12/28/12 | J | A | |
| 667. xTYC | A | Dividend | | | Buy | 08/13/12 | J | | |
| 668. | | | | | Sold | 11/14/12 | J | | |
| 669. xENH | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 670. xALGN | | None | | | Buy | 09/12/12 | J | | |
| 671. | | | | | Sold | 10/26/12 | J | | |
| 672. xESRX | | None | | | Buy | 09/04/12 | J | | |
| 673. | | | | | Sold | 11/28/12 | J | | |
| 674. xSHOO | | None | | | Buy | 09/12/12 | J | | |
| 675. | | | | | Sold | 12/28/12 | J | | |
| 676. xSSGA Money Market Fund | A | Int./Div. | N | T | | | | | |
| 677. | | | | | | | | | |
| 678. | | | | | | | | | |
| 679. | | | | | | | | | |
| 680. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | | | | | |
| 682. Genworth Variable Life Insurance | A | Int./Div. | J | T | | | | | |
| 683. | | | | | | | | | |
| 684. | | | | | | | | | |
| 685. | | | | | | | | | |
| 686. | | | | | | | | | |
| 687. | | | | | | | | | |
| 688. | | | | | | | | | |
| 689. | | | | | | | | | |
| 690. | | | | | | | | | |
| 691. | | | | | | | | | |
| 692. | | | | | | | | | |
| 693. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

FINANCIAL DISCLOSURE REPORT

Page 45 of 46

Name of Person Reporting

Aron, Catharine R.

Date of Report

05/07/2013

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Catharine R. Aron**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544